JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JORGE MARTINEZ, | No. 5:21-cv-00915-VAP (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that the petition is denied, and this action is dismissed without prejudice.

Dated: June 22, 2021

_____
VIRGINIA A. PHILLIPS
United States District Judge